# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| DAREN DANZY | ) | |
| 8300 Greensboro Drive | ) | |
| Unit # 163 | ) | |
| Tysons Corner, Va. 22102 | ) | Civil Action No. <u>2017 CA 006038 B</u> |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| IATSE LOCAL 22 | ) | |
| 1810 Hamlin Street N.E. | ) | |
| Washington, D.C. 20018 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## <u>NOTICE OF REMOVAL</u>

Defendant International Alliance of Theatrical and Stage Employees, Local 22 (hereinafter "IATSE Local 22"), by and through undersigned counsel, respectfully submit to this Court:

1.    On September 13, 2017, Defendant received a Summons and Complaint, which Plaintiff Daren Danzy filed in the Superior Court of the District of Columbia. The Superior Court of the District of Columbia assigned the filing designation Case Number 2017-CA-006038-B. A true and accurate copy of the Summons and Complaint are enclosed as Exhibits A and B, respectively, hereto.

2.    The Summons and Complaint included an Initial Order and Addendum (hereinafter "Initial Order") as well as a Notice and Acknowledgment of Receipt of Summons,

Complaint, and Initial Order (hereinafter "Acknowledgment").  A true and accurate copy of the Initial Order and Acknowledgment are enclosed as Exhibits C and D, respectively, hereto.

3.    On September 29, 2017, Defendant, by and through counsel, mailed a signed Acknowledgment to the Superior Court of the District of Columbia in accordance with the court's request.  A true and accurate copy of the signed Acknowledgment is enclosed as Exhibit E hereto.

4.    No other process, pleadings, or orders has been served upon or otherwise received by Defendant.

5.    In his Complaint, Plaintiff alleges, in part, that "[t]here has been a repetitive pattern of discrimination, racial & size and gender."  *See* Ex. B.  In May 2017, Plaintiff filed a charge with the Equal Employment Opportunity Commission (hereinafter "EEOC") alleging Defendant discriminated against him on the basis of race and sex in violation Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*  A copy of the charge is enclosed as Exhibit F hereto.  On June 6, 2017, the EEOC issued a Dismissal and Notice of Rights, a copy of which is enclosed as Exhibit G hereto.

6.    Based on the information known to Defendant and as set forth in Paragraph 5 hereto, Defendant understands Plaintiff's Complaint to allege a cause of action under Title VII of the Civil Rights Act of 1964, as amended, in accordance with 42 U.S.C. § 2000e-5(f).  The remaining statements in the Complaint appear to relate to the Title VII claim.

7.    Plaintiff's Complaint filed in state court is properly removed to this Court under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over Plaintiff's Title VII claims pursuant to 28 U.S.C. § 1331, and this Court has supplemental jurisdiction over any related claims pursuant to 28 U.S.C. § 1367(a).

8. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being served on Plaintiff, Daren Danzy, at 8300 Greensboro Drive, Unit #163, Tysons Corner, Va. 22102.

9. This Notice of Removal is being filed within 30 days of receipt by Defendant of the Summons and Complaint and is timely pursuant to 28 U.S.C. § 1446(b).

10. A true and accurate copy of this Notice of Removal is being filed with the Clerk of the Civil Division of the Superior Court of the District of Columbia at 500 Indiana Avenue, N.W., Room 5000, Washington, D.C. 20001.

**WHEREFORE**, Defendant requests that the above-captioned case be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

Dated: <u>October 6, 2017</u>

/s/Jennifer R. Simon
Jennifer R. Simon (Bar No. 480865)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue N.W., Suite 800
Washington, D.C. 20015
(202) 362-0041 – Telephone
(202) 362-2640 – Facsimile
JSimon@odonoghuelaw.com

/s/Jacob N. Szewczyk
Jacob N. Szewczyk (Bar No. 1034492)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue N.W., Suite 800
Washington, D.C. 20015
(202) 362-0041 – Telephone
(202) 362-2640 – Facsimile
JSzewczyk@odonoghuelaw.com

*Counsel for the International Alliance of Theatrical and Stage Employees Local 22*

292912_2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

DAREN DANZY                                )
                                           )
                                           )
                Plaintiff,                 )                    Case No. _____
                                           )
        v.                                 )
                                           )
IATSE LOCAL 22                             )
                                           )
                Defendant.                 )
                                           )
_____ )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Removal was filed

with the Clerk of the Civil Division of the Superior Court of the District of Columbia via first

class mail on this <u>6th</u> day of <u>October</u>, 2017 at the following address:

**Attn: Clerk, Civil Division**
Superior Court of the District of Columbia
500 Indiana Avenue, N.W.
Room 5000
Washington, D.C. 20001

I hereby certify that a true and correct copy of the foregoing was served on Plaintiff Daren

Danzy via certified mail on this <u>6th</u> day of <u>October</u>, 2017 at the following address:

Daren Danzy
8300 Greensboro Drive
Unit # 163
Tysons Corner, VA 22102-3605

Respectfully submitted,

Dated: <u>October 6, 2017</u>                       /s/Jacob N. Szewczyk_____ ____
                                            Jacob N. Szewczyk (Bar No. 1034492)