UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAREN DANZY,

    *Plaintiff,*

v.

IATSE LOCAL 22, *et al.*,

    *Defendants.*

Case No. 1:17-cv-2083-RCL

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the Court **GRANTS** defendants' motion [122] for summary judgment. It is hereby **ORDERED** that summary judgment is entered for the defendant as to plaintiff Daren Danzy's Title VII discrimination claim. With summary judgment entered for the defendant on all remaining claims, it is **ORDERED** that this case is terminated from the Court's active docket.

**IT IS SO ORDERED.**

Date: 3/24/22

Royce C. Lamberth
United States District Judge